Submitted October 31, 2019, reversed September 2, 2020

In the Matter of J. W.,
a Person Alleged to have Mental Illness.
STATE OF OREGON,
*Respondent,*

*v.*

J. W.,
*Appellant.*

Lane County Circuit Court
18CC07009; A169920

472 P3d 811

Maurice K. Merten, Judge.

Lindsey Burrows and O'Connor Weber LLC filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Cecil A. Reniche-Smith, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Tookey, Judge, and Aoyagi, Judge.

PER CURIAM

Reversed.

## PER CURIAM

In this civil commitment case, in which appellant was committed to the custody of the Mental Health Division for a period not to exceed 180 days, appellant asserts that the trial court erred when it determined that appellant was a person with a mental illness, ORS 426.130(1)(a)(C), on the basis that she was dangerous to others, ORS 426.005(1)(f)(A). The state concedes that the evidence is legally insufficient to support appellant's involuntary commitment on the basis that she was a danger to others. We agree and accept the state's concession. The state also argues, however, that the trial court made a finding that appellant was a person with a mental illness on the basis that appellant was unable to provide for her basic needs, ORS 426.005(1)(f)(B), that appellant failed to assign error to that finding, and that therefore we should affirm the judgment of commitment on that basis. That argument is not well taken; we reject the state's characterization of the trial court's ruling.

Reversed.